**Fadil Dervis MESIC, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 05–71036.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 15, 2007.

Fadil Dervis Mesic, I & NS–Service Processing Center, Florence, AZ, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA,

District Counsel, Office of the District Chief Counsel, U.S. Department of Homeland Security, Phoenix, AZ, Jennifer Keeney, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Fadil Dervis Mesic, a native of the former Yugoslavia and a citizen of Bosnia–Herzegovina, petitions pro se for review of an order of the Board of Immigration Appeals ("BIA") dismissing his appeal from an immigration judge's ("IJ") removal order. We dismiss the petition for review for lack of jurisdiction.

We lack jurisdiction to review Mesic's petition because he did not exhaust before the BIA either of his current contentions: that the IJ erred in determining that Mesic's conviction was for a "crime of violence," and that the agency violated his due process rights. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004) (holding that exhaustion is mandatory and jurisdictional under 8 U.S.C. § 1252(d)(1)).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.